UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE LUIS RODRIGUEZ GONZALEZ, § <br>     Petitioner § <br> v. § <br> § <br> WARDEN PORT ISABEL DETENTION § <br> CENTER, § <br>     Respondent. § | Civil No. 1:26-cv-00174-1 |

## ORDER

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Ignacio Torteya, III.

Signed on this the 18th day of February, 2026.

_____
Rolando Olvera
United States District Judge