United States District Court
Southern District of Texas
**ENTERED**
March 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JANELL BERLANGA**, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | **Civil Action No.** 1:26-cv-174 |
| | § | |
| **WARDEN, PORT ISABEL** | § | |
| **DETENTION CENTER**, | § | |
| Respondent. | § | |

## ORDER

On February 13, 2026, Petitioner Janell Berlanga filed a "Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241" (Berlanga's "§ 2241 Petition"). Dkt. No. 1. Berlanga, although she signed and filed the Petition in her name, actually intends to proceed on behalf of her husband, Jose Luis Rodriguez Gonzalez ("Rodriguez Gonzalez"). *Id*. at 1. Berlanga seeks Rodriguez Gonzalez's immediate release from custody at the Port Isabel Detention Center located in Los Fresnos, Texas. *Id*.  As discussed below, the Court must consider whether it has jurisdiction to hear this case because it is not clear from the Petition whether Berlanga satisfies the requirements to represent Rodriguez Gonzalez. *See id*.

A pro se litigant may proceed in federal court as his own counsel. *See* 28 U.S.C. § 1654. But individuals who do not hold a law license generally may not represent other parties. *See Martin v. City of Alexandria*, 198 F. App'x. 344, 346 (5th Cir. 2006) ("[B]ecause *pro se* means to appear for one's self, a person cannot appear on another person's behalf in the other's cause.") (quoting *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1978).  Despite filing this § 2241 Petition and proceeding on behalf of Rodriguez

Gonzalez, Berlanga does not allege or show that she is an attorney licensed to practice law in the State of Texas or any federal court in the United States. Dkt. No. 1.

The federal habeas statutes do provide an exception to the general rule that individuals who do not hold a law license may not represent other parties, known as "next friend" status. 28 U.S.C. § 2242; *Weber v. Garza*, 570 F.2d 511, 513 (5th Cir. 1978). However, "next friend" standing is not granted automatically. *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1990). Crucially, it may not "be so abused as to unleash on the courts a quasi-professional group of lay writ writers who would seek to right all wrongs, both real and imagined." *Weber*, 570 F.2d at 514.

To proceed and properly establish herself as "next friend" of Rodriguez Gonzalez, Berlanga must: (1) explain why Rodriguez Gonzalez cannot prosecute this case on his own at this time; (2) establish that she is truly dedicated to the best interests of Rodriguez Gonzalez; and (3) demonstrate a significant relationship to Rodriguez Gonzalez. *Whitmore*, 496 U.S. 149 at 163. It is Berlanga's burden to establish "the propriety of her status and thereby justify the jurisdiction of the court." *Id.* at 164. If she fails to do so, this Court is without jurisdiction, and the § 2241 Petition must be dismissed. *Id.*; *see also Weber*, F.2d at 514 (explaining that "when the application for habeas corpus filed by a would be "next friend" does not set forth an adequate reason or explanation of the necessity for resort to the "next friend" device, the court is without jurisdiction to consider the petition."); *Romanov v. Frink*, No. H-25-3133, 2025 WL 2162290, at *3 (S.D. Tex. July 30, 2025) (J. Lake).

Berlanga is hereby **ORDERED** to respond as outlined above and show cause why this action should not be dismissed for lack of jurisdiction by **April, 10, 2026**.

However, Rodriguez Gonzalez can proceed on his own behalf, pro se, if he wishes to do so, by filing a completed copy of the AO 242 form **no later than April, 10, 2026.**

The Clerk of Court is **DIRECTED** to send a copy of this order to: (1) Rodriguez Gonzalez, who is being held[1] at the Port Isabel Service Processing Center, at 27991 Buena Vista Blvd., Los Fresnos, Texas 78566; and (2) Berlanga[2] at 2807 Copper Avenue, Mission, TX 78574. The Clerk of Court is **FURTHER DIRECTED** to send Rodriguez Gonzalez a copy of the AO 242 Form.

**SIGNED** on this **16th** day of **March, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**

---

[1] According to information contained in Berlanga's § 2241 Petition. Dkt. No. 1.
[2] According to information contained in Berlanga's "Letter of Support for Jose Luis Rodriguez Gonzalez". Dkt. No. 1-1 at 60.