United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JANELL BERLANGA, "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00174 |
| WARDEN, PORT ISABEL DETENTION CENTER, "Respondent." | § | |

# ORDER

Before the Court is Petitioner's "Request to Close Habeas Corpus Case" (Dkt. No. 13) ("Motion"). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Motion (Dkt. No. 13) is **GRANTED** and the "Petition for Writ of Habeas Corpus" (Dkt. No. 1) is **DISMISSED without prejudice**. Petitioner's "Emergency Motion to Stay Removal and Prevent Transfer" (Dkt. No. 3) and "Motion to Proceed in Forma Pauperis" (Dkt. No. 2) are further **DENIED** as moot. The Clerk of the Court is **INSTRUCTED** to close this case.

SIGNED this August 26, 2026

Rolando Olvera
United States District Judge